IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00210-LTB

ROBERT LOREN TURLEY,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO,
PAMELA PLOUGH, Warden Skyline Correctional Center, and
THE ATTORNEY GENERAL OF THE STATE OF [COLORADO] JOHN WILLIAM SUTHERS,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 2, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 2 day of May, 2013.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk


                  By: s/ M.J. Garcia
                        Deputy Clerk